**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Rogelio RAMIREZ–SOLORIO, a.k.a.
Rojo, Defendant–Appellant.**

**No. 13–13946
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 25, 2014.

L. Skye Davis, Cassandra J. Schansman, Lawrence R. Sommerfeld, David E. Suc-har, Jenny R. Turner, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

James Ward Howard, The Howard Law Firm, Tucker, GA, Rogelio Ramirez–Solorio, FCI Big Spring–Inmate Legal Mail, Big Spring, TX, for Defendant–Appellant.

Before HULL, ROSENBAUM and BLACK, Circuit Judges.

PER CURIAM:

James Howard, appointed counsel for Rogelio Ramirez–Solorio, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ramirez–Solorio's conviction and sentence are **AFFIRMED.**